Mikos *v.* Union Collieries Company, Appellant.

Argued April 10, 1939.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, RHODES and HIRT, JJ.

*Edward J. I. Gannon,* of *Hazlett, Gannon & Walter,* for appellant.

*Fred J. Jordan,* with him *Murray J. Jordan* and *Arthur L. McLaughlin,* for appellee.

PER CURIAM, June 27, 1939:

Following the recent decisions of the Supreme Court in *Adamchick v. Wyoming Valley Collieries Co.,* 332 Pa. 401, 3 A. 2d 377, and *Harring v. Glen Alden Coal Co.,* 332 Pa. 410, 3 A. 2d 381, this judgment must be reversed.

A careful reading of the record fails to show any substantial evidence that the claimant suffered an accident in the course of his employment, which resulted in a disabling injury, within the rulings of those cases. See also *Orlando v. Penna. R. R.,* 133 Pa. Superior Ct. 588, 3 A. 2d 220.

The judgment is reversed and is here entered for the defendant.